## STEWART, ET AL. v. THE STATE.

(Decided December 19, 1916.)

APPEAL from Cullman Circuit Court.

Heard before Hon. R. C. BRICKELL.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

BROWN, J.—Appeal dismised on motion of Attorney General.

---

## TAITE v. THE STATE,

(Decided November 21, 1916.)

APPEAL from Monroe Law and Equity Court.

Heard before Hon. W. G. McCORVEY.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

Per curiam. Appeal dismissed on motion of Attorney General.

---

## TAXICAB & TOURING CAR CO. v. POOL.

(Decided November 28, 1916.)

APPEAL from Birmingham City Court.

Heard before Hon. C. W. FERGUSON.

JOHN S. STONE, for appellant. H. B. PARRISH, for appellee.

Per curiam. Appeal dismissed for want of prosecution.

---

## TAYLOR v. THE STATE.

(Decided December 19, 1916.)

APPEAL from Jefferson Criminal Court.

Heard before Hon. H. P. HEFLIN.

No counsel marked for appellant. W. L. MARTIN, Attorney General, for the State.

PELHAM, P. J.—The appellant is a fugitive from justice, and his appeal abates with lieve to reinstate if he surrenders himself before the next term.